JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 235; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MILICA MARKOVIC

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MILICA MARKOVIC<br><br>Plaintiff,<br><br>vs.<br><br>MRS ASSOCIATES INC.<br><br>Defendant. | Case No.: 2:09-cv-03369-AHM-PJW<br><br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MILICA MARKOVIC, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 29, 2009

KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss

Michael S. Agruss

Attorney for Plaintiff,
MILICA MARKOVIC

IT IS SO ORDERED
Dated: JUL 30 2009
_____
United States District Judge